IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA SHINEFLEW
ADC #134509                                                                                          PLAINTIFF

V.                                       NO: 5:07CV00175 WRW/HDY

ARKANSAS, STATE OF *et al.*                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge William R. Wilson, Jr.  Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.
2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

>hearing before the District Judge in the form of an offer of
>proof, and a copy, or the original, of any documentary or
>other non-testimonial evidence desired to be introduced at
>the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

>Mail your objections and "Statement of Necessity" to:
>
>>Clerk, United States District Court
>>Eastern District of Arkansas
>>600 West Capitol Avenue, Suite 402
>>Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff filed this complaint (docket entry #2), on July 12, 2007, alleging that he was assaulted by another inmate. Because Plaintiff's complaint was unsigned, on July 13, 2007, the Court entered an order directing Plaintiff to file a signed copy of his complaint no later than 20 days after the entry of that order (docket entry #4). That order also warned Plaintiff that his failure to comply would result in the recommended dismissal of his complaint. More than 30 days has now passed, and Plaintiff has not filed a signed copy of the complaint, or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2). *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

>IT IS THEREFORE RECOMMENDED THAT:

>1.   Plaintiff's complaint (docket entry #2) be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

      2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action be considered frivolous and not in good faith.

DATED this __14__ day of August, 2007.

*H. Daniel Young*

_____
UNITED STATES MAGISTRATE JUDGE